1  DAYLE ELIESON
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
5       San Francisco, California 94105
        Telephone: (415) 977-8985
6       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
7
8  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## LAS VEGAS DIVISION

| | |
|---|---|
| GLENN DAVIDSON ARTHUR, | Case No: 2:18-cv-01783-JAD-PAL |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S ANSWER AND THE CERTIFIED ADMINISTRATIVE RECORD** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | **(First Request)** |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of fourteen days from December 3, 2018 to December 17, 2018, to prepare and file her answer and the certified administrative record. This is the Commissioner's first request for an extension.

Defendant respectfully requests this extension of time because the certified administrative record to be filed concurrently with the answer was inadvertently mailed to the wrong address. This extension will permit a new record to be prepared and mailed to the U.S. attorney's office.

-1-

On December 3, 2018, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: December 3, 2018    HAL TAYLOR, ATTORNEY AT LAW

By: /s/* Hal Taylor
HAL TAYLOR
*authorized by email December 3, 2018

Attorneys for Plaintiff

Date: December 3, 2018    DAYLE ELIESON
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: December 17, 2018

HONORABLE PEGGY A. LEEN
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Answer and the Certified Administrative Record to be served, via CM/ECF notification, on:

> Hal Taylor
> 223 Marsh Avenue
> Reno, NV 89509
> Email: haltaylorlawyer@gbis.com

Date: <u>December 3, 2018</u>

DAYLE ELIESON
United States Attorney

By: <u>/s/ Michael K. Marriott</u>
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant