1  NICHOLAS A. TRUTANICH
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
5       San Francisco, California 94105
        Telephone: (415) 977-8985
6       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
7
8  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## LAS VEGAS DIVISION

| | |
|---|---|
| GLENN DAVIDSON ARTHUR, | Case No: 2:18-cv-01783-JAD-PAL |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of thirty days to Wednesday, May 1, 2019, to prepare and file her cross motion to affirm. This is the Commissioner's first request for an extension.

Defendant respectfully requests this extension of time because of a very heavy workload, including over twelve district court merits briefs due in the next four weeks, as well as a Ninth Circuit responsive brief to complete.

On April 1, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: April 1, 2019     LAW OFFICES OF BINDER AND BINDER

By:    */s/\*Charles E. Binder*
      CHARLES E. BINDER
      *authorized by email April 1, 2019

Attorney for Plaintiff

Date: April 1, 2019     NICHOLAS A. TRUTANICH
      United States Attorney

By:    */s/ Michael K. Marriott*
      MICHAEL K. MARRIOTT
      Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: April 9, 2019

_____
HONORABLE PEGGY A. LEEN
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

    Charles E. Binder
    Law Offices of Charles E. Binder and Harry J. Binder, LLP
    485 Madison Ave., Ste. 501
    New York, NY 10022

    Hal Taylor
    223 Marsh Avenue
    Reno, NV 89509

Date: April 1, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant