NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### LAS VEGAS DIVISION

| | |
|---|---|
| GLENN DAVIDSON ARTHUR,<br><br>    Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No: 2:18-cv-01783-JAD-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM**<br><br>**(Second Request)** |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of fifteen days to Thursday, May 16, 2019, to prepare and file her cross motion to affirm. This is the Commissioner's second request for an extension.

Defendant respectfully requests this extension of time because of a very heavy workload, including ten district court merits briefs due in the next four weeks, as well as two Ninth Circuit responsive briefs to complete.

On May 1, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: May 1, 2019

LAW OFFICES OF BINDER AND BINDER

By: */s/\*Charles E. Binder*
CHARLES E. BINDER
*authorized by email May 1, 2019

Attorney for Plaintiff

Date: May 1, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: May 2, 2019

HONORABLE BRENDA WEKSLER
United States Magistrate Judge

-2-

**CERTIFICATE OF SERVICE**

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

    Charles E. Binder
    Law Offices of Charles E. Binder and Harry J. Binder, LLP
    485 Madison Ave., Ste. 501
    New York, NY 10022

    Hal Taylor
    223 Marsh Avenue
    Reno, NV 89509

Date:   May 1, 2019                    NICHOLAS A. TRUTANICH
                                       United States Attorney

                            By:   */s/ Michael K. Marriott*
                                   MICHAEL K. MARRIOTT
                                   Assistant Regional Counsel

                                   Attorneys for Defendant