# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Glenn Davidson Arthur, | Case No. 2:18-cv-01783-JAD-CLB |
| Plaintiff<br>v.<br>Andrew Saul, Acting Commissioner of Social Security,<br>Defendant | **Order Adopting Report and Recommendation, Granting Motion for Remand, Denying Cross-Motion to Affirm, and Remanding Case**<br><br>[ECF Nos. 14, 21, 26] |

Glenn Davidson Arthur brings this action to review the Commissioner of Social Security's denial of his application for Title II Social Security Disability Insurance Benefits. Magistrate Judge Baldwin recommends that I grant Arthur's motion to remand, deny the Commissioner's cross-motion to affirm, and remand this case for an award of benefits.[1] The deadline for objections to that recommendation was February 28, 2020, and no party has filed an objection to it or moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 26] is ADOPTED** in full;

IT IS FURTHER ORDERED THAT plaintiff's motion for reversal or remand **[ECF No. 14] is GRANTED** and the Commissioner's cross-motion to affirm **[ECF No. 21] is DENIED**.

---

[1] ECF No. 26.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The decision below is REVERSED, and this case **is REMANDED for an award of benefits consistent with the Report and Recommendation [ECF No. 26]**.

The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: March 2, 2020

_____
U.S. District Judge Jennifer A. Dorsey