AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Glenn Davidson Arthur,

          Plaintiff,

v.

Nancy A. Berryhill, Commissioner of Social Security,

          Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:18-cv-1783-JAD-CLB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Commissioner of Social Security is directed to send Arthur's attorneys, Charles E. Binder and Harry J. Binder, Attorneys at Law, LLP, $14,825.75 of Arthur's award less any applicable processing fees allowed by statute.

7/28/21  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk